IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    5:23-CR-357 (GTS) |
| | ) | |
| **v.** | ) | **Information** |
| | ) | |
| **CHRISTOPHER LLOYD TAYLOR,** | ) | Violation:    26 U.S.C. §§ 5841, 5861(d) |
| | ) | and 5871 [Possession of an |
| | ) | Unregistered Firearm] |
| | ) | |
| | ) | |
| | ) | 1 Count and Forfeiture Allegation |
| | ) | |
| **Defendant.** | ) | County of Offense:    Onondaga |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### [Possession of Unregistered Firearm]

On or about March 16, 2023, in Onondaga County in the Northern District of New York,

the defendant,

### CHRISTOPHER LLOYD TAYLOR,

knowingly possessed a firearm, specifically: one "Spikes Tactical" AR-15 style rifle bearing

Model Number ST15, Serial Number SHM008427, with a barrel length measuring less than 16

inches long, which was not registered to him in the National Firearms Registration and Transfer

Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### FORFEITURE ALLEGATION

Upon conviction of an offense in violation of Title 26, United States Code, Section 5861

as set forth in Count One, the defendant, CHRISTOPHER LLOYD TAYLOR, shall forfeit to the

United States of America, pursuant to Title 26, United States Code, Section 5872 and Title 28,

United States Code, Section 2461(c), any firearm involved in the commission of the offense,

including, but not limited to: one "Spikes Tactical" AR-15 style rifle bearing Model Number ST15,

Serial Number SHM008427, with a black metal barrel and a black tactical-style flashlight.

Dated: 10/31/23

By:

CARLA B. FREEDMAN
United States Attorney

Geoffrey J. L. Brown
Assistant United States Attorney
Bar Roll No. 513495

2